UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**SWAPNA KALE, Individually and
on behalf of all others
similarly situated,**

    Plaintiffs,

v.                                 No. 2:20-cv-02776-SHM/tmp

**PROCOLLECT, Inc., and
JOHN DOES 1-25,**

    Defendants.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order (D.E. No. 13), docketed July 2nd, 2021.

## APPROVED:

_/s/ Samuel H. Mays, Jr._____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| _July 2, 2021_____<br>DATE | THOMAS M. GOULD___<br>CLERK |
| | _/s/ Jairo Mendez_____<br>(By) DEPUTY CLERK |